IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2011 JUL 18 P 2: 23

| | |
|---|---|
| JAMES M. ATKINSON, pro se<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF ROCKPORT; COMMONWEALTH OF MASSACHUSETTS; SALEM STATE COLLEGE; NORTH SHORE COMMUNITY COLLEGE; MONTSERRAT COLLEGE OF ART; LYONS AMBULANCE, LLC, RESEARCH ELECTRONICS, LLC; BEVERLY HOSPITAL; ADDISON GILBERT HOSPITAL; ESSEX COUNTY SHERIFFS DEPARTMENT; A AND L ENTERPRISES; CAPE ANN CHAMBER OF COMMERCE; et al<br><br>Defendants, | 11-CV-11073-NMG |

### NOTICE OF REMOVAL

1. Plaintiff James M. Atkinson individually and James M. Atkinson, dba Granite Island Group hereby removes this case from Putnam Country Chancery Court, where it is pending as case number 2011CV26 for the following reasons.

2. The case was filed in Putnam Country Chancery Court as an abuse of process, after the James M. Atkinson became aware of significant criminal conduct by the Research Electronics, and Atkinson began to question outstanding funds that where due to Atkinson.

3. Atkinson further came to discover the Research Electronics, and employees and agents of Research Electronics had engaged in violations of the RICO statutes.

4. Atkinson further came to discover the Research Electronics, and employees and agents of Research Electronics had engaged in violations of the federal civil right statutes, and violations of Section 1983, serious violations of ITAR and Munitions control laws, and other federal statutes.

5. When Atkinson questioned Research Electronics as requested an accounting of funds due, and requested affirmations from Research Electronics in regards to Research Electronics breaking the law, it resulted in the Attorney for Research Electronics improperly filing

suit against Atkinson merely in an attempt to harass, and annoy, and to obstruct justice.

6. Research Electronics thus attempts to misuse the legal system, and to use the Courts in Putnam County as a foil, to counter a Federal Lawsuit filed in Federal District Court in Boston, MA.

7. Research Electronics filed the suit in Putnam Country only after being advised that a Federal Civil Rights and Civil RICO case was to be filed against Research Electronics in Boston, MA.

8. In the above captioned case Research Electronics, and employees and agents of Research Electronics acted as agents of the government, acting under color of law to infringe upon, and deprive Atkinson of his Civil Rights.

9. Atkinson is not a resident of Tennessee, nor a resident of Putnam County, nor is he personally, and physically present in the State.

52  10. Research Electronics though their Attorney Jon E. Jones has
53  perpetrated a fraud upon the court of Putnam County.
54
55  11. The Federal Court has subject matter jurisdiction pursuant to 28
56  U.S.C. §§ 1331, 1332, 1337, 1339, 1343, 2201, 2202; 42 U.S.C. §
57  1983; 18 U.S.C. §§ 1961-1968, 31 U.S.C. §§ 3729–3733, 47 U.S.C.
58  §§ 2.1-1305, and 18 U.S.C. §§ 2510-2522.
59
60  12. Research Electronics, though its council issued a "motion to compel
61  discovery", and "notice to take deposition" dated July 8, 2011, which
62  was received by Atkinson by U.S. Mail on July 12, 2011. Thus, under
63  Title 28, Section 1446(b), Atkinson is within the 30-day time limits
64  set for "of a copy of an amended pleading, motion, order or other
65  paper" to Federal Court.
66
67  13. As the action is less then one year old, Atkinson is justified in seeking
68  removal to Federal Court.
69
70  14. Removal to Federal court is proper under 28 U.S.C. §§ 1441 - 1451
71

15. The amount in controversy exceeds $75,000, both by virtue of the original claims and demand made by Atkinson to Research Electronics, and then by virtue of Atkinson's Counter-Claim against research electronics.

16. WHEREFORE, Atkinson requests that the action entitled "Research Electronics, L.L. C v. James M. Atkinson, individually and James M. Atkinson d/b/a Granite Island Group" of Putnam County Court of Tennessee, be removed to United States District Court for the District of Massachusetts forthwith.

Respectfully submitted,

James M. Atkinson, pro se
Plaintiff   7/14/2011