UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES M. ATKINSON,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF ROCKPORT, *et al*<br>    Defendants. | )<br>)<br>)<br>)<br>)   DOCKET NO: 11-CV-11073-NMG<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANTS RESEARCH ELECTRONICS, LLC (so-called), THOMAS H. JONES, BRUCE BARSUMIAM, TRISH WEBB (so-called), LEE JONES, PAMELA McINTYRE, MICHELLE GAW, ARLENE J BARSUMIAM DARLENE JONES (so-called), and A&L ENTERPRISES, TO DISMISS, PURSUANT TO FED.R.CIV.P. RULE 12(b)(3) 12(b)(4) AND 12(b)(6)**

    Ten defendants, Research Electronics International, LLC ("REI"), Thomas H. Jones, Bruce Barsumian, Trish Webb, Lee Jones, Pamela McIntyre, Michelle Gaw, Arlene J. Barsumian, Darlene Jones, and A&L Enterprises, move this Honorable Court to dismiss pursuant to Fed.R.Civ.P. Rule 12(b)(3), 12(b)(4) and 12(b)(6) all counts of the plaintiff's Complaint that may be read to apply to them.  More specifically, the parties move to dismiss because:

    1.)    Service of process has not been properly affected upon any defendant with the exception of REI, Thomas H. Jones and A&L Enterprises;

    2.)    The plaintiff fails to state a claim against any defendant with the arguable exception of REI; and

    3.)    Under the specific venue terms of a formal written agreement between the parties, any dispute between the plaintiff and defendant REI must be brought in Tennessee;  and

    4.)    The legal issues arising out of the plaintiff's dispute with REI have been resolved by a court of competent jurisdiction in Tennessee, thus rendering this Complaint moot.

1320529v1

Wherefore, the defendants, Research Electronics International, LLC, Thomas H. Jones, Bruce Barsumian, Trish Webb, Lee Jones, Pamela McIntyre, Michelle Gaw, Arlene J. Barsumian, Darlene Jones, and A&L Enterprises, move this Honorable Court to dismiss pursuant to Fed.R.Civ.P. Rule 12(b)(3), 12(b)(4) and 12(b)(6) all counts of the plaintiff's Complaint that may be read to apply to them.

> The Defendants,
> Research Electronics International, LLC, Thomas H. Jones, Bruce Barsumian, Trish Webb, Lee Jones, Pamela McIntyre, Michelle Gaw, Arlene J. Barsumian, Darlene Jones, and A&L Enterprises
> By their attorneys
> **MORRISON MAHONEY LLP**
>
> *Lee Stephen MacPhee*
> Lee Stephen MacPhee
> BBO #312400
> 250 Summer Street
> Boston, MA 02210
> (617) 439-7500
> lmacphee@morrisonmahoney.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 30th day of August, 2011.

*Lee Stephen MacPhee*

1320529v1