UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. ATKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CIVIL ACTION |
| ) | NO. 11-11073-NMG |
| TOWN OF ROCKPORT, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION ON MOTION OF
## MARTHA COAKLEY AND MARK A. PULLI TO DISMISS

November 1, 2011

DEIN, U.S.M.J.

### I. INTRODUCTION

The plaintiff James M. Atkinson ("Atkinson") has filed a 474 page *pro se* complaint naming well over 100 defendants, including Attorney General Martha Coakley and Mark. A. Pulli, an investigator in the Attorney General's office (the "AG Defendants"). This matter is presently before the court on the AG Defendants' "Motion to Dismiss Plaintiff's Third Amended Complaint"(Docket No. 21), pursuant to which the AG Defendants are seeking to have the Third Amended Complaint ("Compl.")[1] dismissed as against them for failure to comply with the pleading requirements of Rule 8.[2] "While a

---

[1] On July 19, 2011, the court ordered that the Third Amended Complaint (Docket No. 6) is the operative pleading in this case.

[2] Other defendants have filed similar motions to dismiss. This court previously has issued a Report and Recommendation recommending that the complaint be dismissed against the Town of Rockport Defendants for failure to comply with Fed. R. Civ. P. 8. (Docket No. 205).

*After consideration of plaintiffs' objection thereto, Report and Recommendation accepted and adopted.*
*/s/NMGorton, USDJ 3/14/12*