UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES M. ATKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 11-11073-NMG |
| TOWN OF ROCKPORT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION ON MOTION OF PETER W. CURATOLO TO DISMISS

November 4, 2011

DEIN, U.S.M.J.

### I. INTRODUCTION

The plaintiff, James M. Atkinson ("Atkinson"), has filed a 474-page *pro se* complaint naming well over 100 defendants, including Dr. Peter W. Curatolo ("Dr. Curatolo"). This matter is presently before the court on the "Motion by Defendant, Peter W. Curatolo, to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. Rule 8 and 12(b)(4)" (Docket No. 24). Pursuant to this motion, Dr. Curatolo is seeking to have the Third Amended Complaint ("Compl.")[1] dismissed as against him for failure to comply with the pleading requirements of Rule 8 and due to insufficient process.

---

[1] On July 19, 2011, the court ordered that the Third Amended Complaint (Docket No. 6) is the operative pleading in this case.

*After consideration of plaintiff's objection thereto, Report and Recommendation accepted and adopted.*

*S/NM Gorton, USDJ 3/14/12*