UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES M. ATKINSON,          )
                            )
          Plaintiff,        )
     v.                     )          CIVIL ACTION
                            )          NO. 11-11073-NMG
TOWN OF ROCKPORT, et al.,   )
                            )
          Defendants.       )

## REPORT AND RECOMMENDATION ON
## HOSPITAL DEFENDANTS' MOTION TO DISMISS

November 4, 2011

DEIN, U.S.M.J.

## I. INTRODUCTION

The plaintiff, James M. Atkinson ("Atkinson"), has filed a 474-page *pro se*

complaint naming well over 100 defendants, including Beverly Hospital, Addison Gilbert

Hospital, Jane Carr, Mark Millet and Steven Krendel, M.D. (the "Hospital Defendants").

This matter is presently before the court on the Hospital Defendants' Motion to Dismiss

(Docket No. 28), pursuant to which these Defendants are seeking to have the Third

Amended Complaint ("Compl.")[1] dismissed as against them for failure to comply with the

pleading requirements of Fed. R. Civ. P. 8.[2] "While a court may dismiss a pleading that

---

[1] On July 19, 2011, the court ordered that the Third Amended Complaint (Docket No. 6) is the operative pleading in this case.

[2] While the motion also cites Fed. R. Civ. P. 12(b)(4) as grounds for dismissal, this is not argued and therefore is deemed waived.

*After consideration of plaintiffs' objection thereto, Report and Recommendation accepted and adopted.*

*/s/ NMGorton, USDJ 3/14/12*