## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. ATKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION |
| | )  NO. 11-11073-NMG |
| TOWN OF ROCKPORT, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION ON MOTION
## BY DEFENDANT, MICHAEL ARSENIAN, M.D., TO DISMISS

November 4, 2011

DEIN, U.S.M.J.

### I. INTRODUCTION

The plaintiff, James M. Atkinson ("Atkinson"), has filed a 474-page *pro se*

complaint naming well over 100 defendants, including Michael Arsenian, M.D., ("Dr.

Arsenian"). This matter is presently before the court on Dr. Arsenian's Motion to

Dismiss (Docket No. 39), pursuant to which he is seeking to have the Third Amended

Complaint ("Compl.")[1] dismissed as against him for failure to comply with the pleading

requirements of Fed. R. Civ. P. 8.[2] "While a court may dismiss a pleading that does not

comply with the notice pleading requirements of Rule 8, the exercise of this power is

---

[1] On July 19, 2011, the court ordered that the Third Amended Complaint (Docket No. 6) is the operative pleading in this case.

[2] While the motion also cites Fed. R. Civ. P. 12(b)(4) as grounds for dismissal, this is not argued and therefore is deemed waived.

*After consideration of plaintiff's objection thereto,
Report and Recommendation accepted and adopted.*

*/s/ N. Gorton, USDJ  3/14/12*