UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. ATKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 11-11073-NMG |
| TOWN OF ROCKPORT, et al., ) | |
| ) | |
| Defendants. ) | |

# REPORT AND RECOMMENDATION ON
# MONTSERRAT DEFENDANTS' MOTIONS TO DISMISS

November 7, 2011

DEIN, U.S.M.J.

## I. INTRODUCTION

The plaintiff, James M. Atkinson ("Atkinson"), has filed a 474-page *pro se* complaint naming well over 100 defendants, including Montserrat College of Art, Inc. and its current and former directors, trustees and employees (the "Montserrat Defendants").[1] This matter is presently before the court on the Montserrat Defendants' Motions to Dismiss (Docket Nos. 41 & 117), pursuant to which these Defendants are

---

[1] The specific defendants are Montserrat College of Art; Marshall Handly (Legal Department); Stephen Immerman (President); Brian Bicknell (Dean); the following Trustees: Lee Dellicker, Lecia Turcotte, Donald Bowen, Martha Buskirk, Christopher Collings, Nancy Crate, Craig Deery, Steven Dodge, Henrietta Gates, Miranda Gooding, Linda Harvey, Betsy Hopkins, John Peterman, Jurrien Timmer, Charles Whitten, Alan Wilson, and Katherine Winter; the following Deans: Jo Broderick, Rick Long and Laura Tonelli; Theresa Skelly (Registrar); and Jeffrey Newell (Director of Admissions). See Compl. ¶¶ 144-53, 273-97.

*After consideration of plaintiff's objection thereto,
Report and Recommendation accepted and adopted.*

*NMGorton, USDJ 3/14/12*