UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. ATKINSON,      ) | |
|         ) | |
|          Plaintiff,     ) | |
| v.         ) | CIVIL ACTION |
|         ) | NO. 11-11073-NMG |
| TOWN OF ROCKPORT, et al.,     ) | |
|         ) | |
|          Defendants.     ) | |

## REPORT AND RECOMMENDATION ON MOTION
## OF MELANIE GOODLAXSON TO DISMISS

November 8, 2011

DEIN, U.S.M.J.

## I. INTRODUCTION

The plaintiff, James M. Atkinson ("Atkinson"), has filed a **474-page** *pro se*

complaint naming well over 100 defendants, including Melanie Goodlaxson

("Goodlaxson"), a nurse at the Essex County House of Correction.  Atkinson was housed

at the Essex County House of Correction from December 6, 2009 to December 7, 2009

after his arrest by the Rockport Police.  This matter is presently before the court on

Melanie Goodlaxson's Motion to Dismiss (Docket No. 119), pursuant to which this

defendant is seeking to have the Third Amended Complaint ("Compl.")[1] dismissed as

---

[1] On July 19, 2011, the court ordered that the Third Amended Complaint (Docket No. 6)
is the operative pleading in this case.

*Report and Recommendation accepted and adopted.*

*NMGorton, USDJ  3/14/12*