UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. ATKINSON, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TOWN OF ROCKPORT, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 11-11073-NMG |

REPORT AND RECOMMENDATION ON
MOTION OF REI DEFENDANTS TO
DISMISS AND/OR FOR SUMMARY JUDGMENT

February 22, 2012

DEIN, U.S.M.J.

I. INTRODUCTION

The plaintiff, James M. Atkinson ("Atkinson"), has filed a 474-page *pro se* complaint naming well over 100 defendants, including Research Electronics International, LLC ("REI"); six employees of the company – Thomas H. Jones, Bruce Barsumian, Trish Webb, Lee Jones, Pamela McIntyre and Michelle Gaw; two spouses of employees – Arlene J. Barsumian and Darlene Jones; and the owner of the building in which REI is a commercial tenant – A&L Enterprises, whose principals are Arlene J. Barsumian and Darlene Jones (collectively, the "REI Defendants").[1] The individual

---

[1] The Defendants contend that the company is improperly named in the complaint as Research Electronics LLC, that Trish Webb's true name is Patricia Webb, and that Darlene Jones' true name is Lisa Jones. However, they are not disputing that they are aware of the identity of the individuals to whom Atkinson is referring in the complaint.

*After consideration of plaintiffs' objection thereto, Report and Recommendation accepted and adopted.*

*/s/ NMGorton, USDJ 3/14/12*