UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. ATKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 11-11073-NMG |
| TOWN OF ROCKPORT, et al., ) | |
| ) | |
| Defendants. ) | |

# REPORT AND RECOMMENDATION ON MOTION OF STATE DEFENDANTS TO DISMISS AND TO QUASH SERVICE OF PROCESS

February 23, 2012

DEIN, U.S.M.J.

## I. INTRODUCTION

The plaintiff James M. Atkinson ("Atkinson") has filed a 474 page *pro se* complaint naming well over 100 defendants, including a number of State employees who are named in their individual and official capacities (the "State Defendants").[1] This matter is presently before the court on the State Defendants' "Motion to Dismiss Plaintiff's Third Amended Complaint and Motion to Quash Service of Process" (Docket

---

[1] The motion to dismiss addressed in this R&R was brought on behalf of William Anglin, John Auerbach, John B. Brennan, Lee Brossoit, Kevin Burke, Wayne Burton, Paul Coffey, the Commonwealth of Massachusetts, Michael Conney, Frank Cousins, Jr., Mark Delaney, the Essex County Sheriff's Department, Michael Frost, Katherine Hartigan, Mary Heffernan, Lloyd Holmes, Scott James, Renee Lake, Michael Marks, Kristine Mason, Patricia McGuire Meservey, Penny Michalski, Brendan Murphy, Shawn Newton, North Shore Community College, Doug Puska, M. Thomas Quail, Abdullah Rehayem, Donna Richemond, Shane Rodriguez, Salem State College, James Slater, James Stoll, Kenneth Tashjy, and Kemah Travers. Some of these defendants have joined in other motions to dismiss as well.

*After consideration of plaintiff's objection thereto, Report and Recommendation accepted and adopted.*

*/s/ N.M.Gorton, USDJ 3/14/12*