UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES M. ATKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 11-11073-NMG |
| TOWN OF ROCKPORT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### REPORT AND RECOMMENDATION ON
### PLAINTIFF'S MOTION TO EXPAND TIME OF SERVICE

February 23, 2012

DEIN, U.S.M.J.

The plaintiff James M. Atkinson ("Atkinson") has filed a 474 page *pro se* complaint naming well over 100 defendants. On October 11, 2011, he filed a "Motion to Expand Time of Service for Good Cause Pursuant to F.R.Civ.P.4(m)." (Docket No. 80). Pursuant to that motion, the plaintiff is seeking "an Order extending the time for service of the Complaint and Summons on Commonwealth Defendants, Vincent Meoli, one federal agent, and upon the various Defendants currently known as John or Jane Does." Mot. ¶ 1. For the reasons detailed herein, this court recommends to the District Judge to whom this case is assigned that the Motion to Expand Time for Service be DENIED.

To date, all of the served defendants, pursuant to one motion or another, have moved to dismiss the Third Amended Complaint, which is the operative document in this

*After consideration of plaintiff's objection thereto, Report and Recommendation accepted and adopted.*

*/s/ NMGorton, USDJ  3/14/12*