UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. ATKINSON,     ) | |
| ) | |
| Plaintiff,     ) | |
| v.     ) | CIVIL ACTION |
| ) | NO. 11-11073-NMG |
| TOWN OF ROCKPORT, et al.,     ) | |
| ) | |
| Defendants.     ) | |

### REPORT AND RECOMMENDATION ON MOTION OF CHRISTIAN McDOWELL TO DISMISS

July 30, 2012

DEIN, U.S.M.J.

#### I. INTRODUCTION

The plaintiff, James M. Atkinson ("Atkinson"), has filed a 474-page *pro se* complaint naming well over 100 defendants, including Christian McDowell ("McDowell"), who is being sued individually and in his official capacity as a special agent with the Federal Bureau of Investigation. This matter is presently before the court on McDowell's Motion to Dismiss (Docket No. 279), pursuant to which this defendant is seeking to have the Third Amended Complaint ("Compl.")[1] dismissed as against him for failure to comply with the pleading requirements of Fed. R. Civ. P. 8. No opposition has been filed.

---

[1] On July 19, 2011, the court ordered that the Third Amended Complaint (Docket No. 6) is the operative pleading in this case.

*After consideration of plaintiff's objection thereto (Docket No 281), Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ 10/11/12*